Steven M. Wells
Steven M. Wells, P.C.
431 W. 7th Ave.
Ste. 107
Anchorage, AK 99501
(907)279-3557
(907)279-3558 fax
steve@alaskalegaldefense.com

Attorney for Defendant

# United States District Court
## District of Alaska

| | |
|---|---|
| United States of America, | Case No. 3:16-cr-086-SLG |
| Plaintiff, | |
| v. | **Notice of Filing Proposed Joint Order** |
| John Pearl Smith, | |
| Defendant. | |

      John Pearl Smith, II, accused, filed a motion to restrict access to visitor logs. [Docket 153]. That motion was the subject of discussion between the parties at this court's status conference on February 5, 2018. At that hearing, the parties were ordered to submit either joint or individual proposed orders in response to the motion. [Docket 159]. After review between the parties, the parties hereby submit the attached Proposed Joint Motion.

*United States v. John Pearl Smith*
Case No. 3:16-cr-086-SLG
Notice of Filing
Page 1 of 2

DATED this 20th day of February, 2018, at Anchorage, Alaska.

                                             Steven M. Wells, PC
                                             Attorneys for Defendant

                              By:     _/s/ Steven M. Wells_____
                                              Steven M. Wells
                                              ABA #0010066

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served **electronically** this 20th day of February, 2018 on:

All Parties of Record

_/s/ Steven M. Wells _____.
Steven M. Wells, PC

*United States v. John Pearl Smith*
Case No. 3:16-cr-086-SLG
Notice of Filing
Page 2 of 2