# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>vs.<br><br>JOHN PEARL SMITH II,<br><br>                      Defendant. | Case No. 3:16-cr-00086-SLG-1 |

## ORDER RE GOVERNMENT ACCESS TO VISITOR LOGS

Before the Court is Defendant John Pearl Smith's Motion to Restrict Visitor Log Access (Docket 153); the motion was fully briefed.[1] A status conference was held on February 5, 2018, during which the Court ordered the parties to submit either a joint or individual proposed order in response to the motion. At Docket 160, the parties submitted a Notice of Filing Proposed Joint Order. The Court hereby GRANTS the motion and APPROVES the parties' Proposed Joint Order as follows:

The Court finds that Mr. Smith's motion to restrict access to visitor logs or records of the defense team is well taken. However, records of these visits are kept by Alaska Department of Corrections and information regarding professional visits are co-mingled with records of non-professional visits.

IT IS THEREFORE ORDERED that if the Department of Justice has need to review the non-professional visitor logs for Mr. Smith, the Marshals shall redact from the visitor

---

[1] Docket 156 (Partial Opp'n); Docket 158 (Reply).

logs any discussion of professional visits from material that is provided to the Department of Justice. The Marshals shall not disclose in any way to the Department of Justice any professional visitors, their identity, duration of visits, or reason for visits.

DATED this 23rd day of February, 2018 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

3:16-cr-00086-SLG, *USA v. John Pearl Smith II*
Order re Motion to Restrict
Page 2 of 2

Case 3:16-cr-00086-SLG   Document 161   Filed 02/23/18   Page 2 of 2