

# Office of the Attorney General
Washington, D.C. 20530

June 13, 2018

JUN 1 8 2018
Office of United States Attorney
Anchorage, AK

The Honorable Bryan Schroder
United States Attorney
District of Alaska
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513-7567

Dear Mr. Schroder:

You are authorized and directed to seek the death penalty against John Pearl Smith II.

As described in the United States Attorneys' Manual § 9-10.160, you may not enter into a plea agreement that requires withdrawal of the notice of intention to seek the death penalty without prior approval of the Attorney General.

Sincerely,

Jefferson B. Sessions III
Attorney General