Steven M. Wells
Steven M. Wells, P.C.
431 W. 7th Ave.
Ste. 107
Anchorage, AK 99501
(907)279-3557
(907)279-3558 fax
steve@alaskalegaldefense.com

Attorney for Defendant

# United States District Court
## District of Alaska

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>John Pearl Smith,<br><br>    Defendant. | Case No. 3:16-cr-086-SLG<br><br>**Notice of Filing ABA Guidelines** |

      John Pearl Smith, II, accused, has filed a motion to amend the scheduling order. Mr. Smith hereby files the ABA Guidelines for the Performance of Defense Counsel in Death Penalty Cases. Because this document is over 25 pages long, Mr. Smith will file a hard copy with chambers on Wednesday, October 24, 2018, pursuant to District of Alaska Electronic Filing Administrative Policies and Procedures, rule 16.

DATED this 23rd day of October, 2018, at Anchorage, Alaska.

                                            Steven M. Wells, PC
                                            Attorneys for Defendant

                                  By:    _/s/ Steven M. Wells_____
                                            Steven M. Wells
                                            ABA #0010066

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served **electronically** this 23rd day of October, 2018 on:

All Parties of Record

_/s/ Steven M. Wells _____.
Steven M. Wells, PC

*United States v. John Pearl Smith*
Case No. 3:16-cr-086-SLG
Notice of Filing
Page 2 of 2