Law Office of Suzanne Lee Elliott
Suite 1300 Hoge
705 Second Ave.
Seattle WA 98104
Suzanne-elliott@msn.com
206-623-0291

THE HONORABLE SHARON L. GLEASON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PEARL SMITH, II,<br><br>Defendant. | No. 3: 16-cr-00086- SLG-DMS<br><br>MOTION TO SEVER COUNT 17 PURSUANT TO FED. R. CRIM. P. 14(A) |

## I. MOTION

Comes now the defendant John Pearl Smith, II and moves to sever Count 17 from the First Superseding Indictment. This motion is based upon Fed. R. Crim. P. 14 (a).

## II. FACTS RELATED TO THE MOTION

On March 22, 2017, the Government filed the first Superseding Indictment. Dkt 102. In that indictment Smith is charged with Count 1: interference with commerce by robbery, alleged to have occurred on June 5, 2016; Count 2: attempted possession with the intent to distribute contraband, alleged to have occurred on June 5, 2016; Counts 3-8: various 924 (c) murder allegations, all alleged to have occurred on June 5, 2016; Counts 9-

MOTION TO SEVER COUNT 17 - 1

U.S. V. SMITH, NO. 3:16-CR-0086-SLG-DMS

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
Fax (206) 623-2186

Case 3:16-cr-00086-SLG   Document 290   Filed 01/16/19   Page 1 of 4

11: allegations relating to a May 11, 2016 robbery; Counts 13-16: allegations relating to a September 2015 robbery.

Count 17 is a felon in possession of a firearms charge. It alleges that on June 22, 2016 -- the date of Smith's arrest and related searches – Smith was in possession of four weapons and it sets forth Smith's five prior felony connections to support that allegation.

### III. ARGUMENT

Fed. R. Crim. P. 14(a) states: "If the joinder of offenses ….in an indictment, an information, or a consolidation for trial appears to prejudice a defendant or the government, the court may order separate trials of counts, sever the defendants' trials, or provide any other relief that justice requires."

As the Ninth Circuit has recognized, there is a significant risk of prejudice to a criminal defendant when a felon-in-possession charge is tried together with another felony charge. *United States v. Nguyen*, 88 F.3d 812, 815-16 (9th Cir. 1996). This prejudice arises from the jury being told that the defendant is both someone who possesses guns separately from the commission of the alleged robbery, and that he has previously been convicted of a felony. *United States v. Lewis*, 787 F.2d 1318, 1323 (9th Cir.), *amended on denial of reh'g*, 798 F.2d 1250 (9th Cir. 1986). "When trying an ex-felon count together with other counts, the trial judge must 'proceed with caution to avoid undue prejudice.'" *United States v. Dockery*, 955 F.2d 50, 53 (D.C. Cir. 1992).

While it is true that the indictment charges the use of a firearm in the commission of the murders and robberies, the felon in possession count should still be severed. In Count 17, the Government is alleging that Smith possessed four weapons - none of which are the alleged murder weapons. Moreover, one of the weapons is a semi-automatic rifle – which by itself is particularly prejudicial. And that Count sets forth four prior felony

MOTION TO SEVER COUNT 17 - 2

*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG-DMS

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
Fax (206) 623-2186

Case 3:16-cr-00086-SLG   Document 290   Filed 01/16/19   Page 2 of 4

convictions which would not all be admissible in the Government's case-in-chief, and which would be far more prejudicial than probative on the issues to be decided.

### IV. CONCLUSION

Based upon the above, the defendant respectfully requests that this Court grant Smith's motion and sever Count 17.

DATED this 16th day of January, 2019.

/s/Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
Phone (206) 623-0291
Fax (206) 623-2186
Email: Suzanne-elliott@msn.com


/s/StevenWells
Steven M. Wells P.C.
431 West 7th Ave. Suite 107
Anchorage AK 99501


/s/ Mark Larranaga
Walsh & Larranaga
705 Second Ave. Suite 501
Seattle WA 98104


### CERTIFICATE OF SERVICE

I, SUZANNE LEE ELLIOTT, certify that on January 16, 2019, I filed foregoing document with the United States District Court's Electronic Case Filing (CM/ECF)

MOTION TO SEVER COUNT 17 - 3

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
Fax (206) 623-2186

*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG-DMS

Case 3:16-cr-00086-SLG   Document 290   Filed 01/16/19   Page 3 of 4

system, which will serve one copy by email on Assistant United States Attorneys FRANK V. RUSSO, WILLIAM A. TAYLOR, JAMES NELSON AND KAREN VANDERGAW.

/s/ Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
Phone: (206) 623-0291
Fax: (206) 623-2186
Email: suzanne-elliott@msn.com

MOTION TO SEVER COUNT 17 - 4

U.S. V. SMITH, NO. 3:16-CR-0086-SLG-DMS

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
Fax (206) 623-2186

Case 3:16-cr-00086-SLG   Document 290   Filed 01/16/19   Page 4 of 4