# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
## WITNESS LIST

--------------------------------------------------------------------------------------------------------------

**Case No.: 3:16-cr-00086-01-SLG**                          **Judge: SHARON L. GLEASON**

**Title: UNITED STATES OF AMERICA**

**vs. JOHN PEARL SMITH, II**

**Dates of Hearing/Trial:  June 10, 2019**

**Deputy Clerk/Recorder:  Caroline Edmiston**

**Official Reporter:       Sonja L. Reeves**

-------------------------------------------------- **WITNESSES** --------------------------------------------------

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|------|-----------|----------|-----|--------------|-----------|
| 06/10/2019 | 9:23:25 a.m. | 10:56:49 a.m. | W-1 | BRIAN LONG | DEF |
| 06/10/2019 | 11:12:22 a.m. | 12:41:52 p.m. | W-2 | RICHARD FULLER | PLT |
| 06/10/2019 | 12:42:18 p.m. | 1:06:03 p.m. | W-3 | MICHAEL BURKE | PLT |
|  |  |  |  |  |  |