LAW OFFICE OF
Suzanne Lee Elliott
1300 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104

TELEPHONE: (206) 623-0291   E-MAIL: suzanne@suzanneelliottlaw.com   FAX: (206) 623-2186
WEBSITE: www.suzanneelliottlaw.com

November 4, 2019

The Honorable Sharon Gleason
District of Alaska
Federal Courthouse, Anchorage Alaska

*Re: United States V. John P. Smith, II  No.  3:16-cr-00086*

Dear Judge Gleason:

We have prepared a notebook for the Court's convenience with the jury selection documents filed today.  It will be hand-delivered to the Clerk's Office later this week. A second copy will be provided to the Government.  It will include six tabbed sections:

1. Court's Proposed Juror Questionnaire (Dkt. 308);

2.  Defense Requested Hardship and Availability Questionnaire, Dkt. 566;

3. Defense Requested Juror Questionnaire (with "track changes"), Dkt. 565.

4. Defense Requested Juror Questionnaire (without "track changes") Dkt. 565.1;

5. Exhibit A: Declaration Regarding Juror Questionnaires from Recent Federal Capital Cases; Dkt. 575, 576, 577, 578.

6. Exhibit B: Declaration Regarding Examples of Question Eliciting Prospective Jurors' Views About Importance of Various Factors on Sentencing Decision Dkt. 569; and

7. Exhibit C: Declaration Regarding Language Providing a Brief Overview of the Sentencing Hearing Process in Juror Questionnaires from Recent Federal Capital Cases Dkt. 570.

Please note that the defense requested "track changes" version filed today includes in the "comments" in the right margin citations to Juror Questionnaires from other recent federal capital cases (Exhibit A filed in four parts) that include a similar proposed defense question. (See one-page attachment to this letter.)

Sincerely,

*Suzanne Lee Elliott*

Suzanne Lee Elliott
Attorney for John Pearl Smith, II

Cc:

Counsel for the Government