IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:16-cr-0086-SLG-DMS |
| Plaintiff, | |
| vs. | WAIVER OF PHYSICAL PRESENCE |
| JOHN PEARL SMITH, II, | |
| Defendant. | |

After consultation with my counsel, I John Pearl Smith, II, hereby waive my physical presence at the hearing currently scheduled in the District Court of Alaska for May 12, 2021.

Signed in SeaTac, WA this 13th day of April, 2021.

*[signature]*
John Pearl Smith, II

**CERTIFICATE OF SERVICE**

I, SUZANNE LEE ELLIOTT, hereby certify t, I filed foregoing document with the United States District Court's Electronic Case Filing (CM/ECF) system, which will serve one copy by email on Assistant United States Attorneys FRANK V. RUSSO, WILLIAM A. TAYLOR, JAMES PETERSON and KAREN VANDERGAW.

/s/ Suzanne Lee Elliott
Attorney at Law

WAIVER - 1

LAW OFFICE OF SUZANNE LEE ELLIOTT
2400 N.W. 80th Street
Suite 339
Seattle, Washington 98104-1705
(206) 623-0291

Case 3:16-cr-00086-SLG   Document 1042   Filed 04/28/21   Page 1 of 1