THE HONORABLE SHARON L. GLEASON

Suzanne L. Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, WA 98104-1705
(206) 623-0291
suzanne-elliott@msn.com

Mark A. Larrañaga,
140 Lakeside Ave., Suite A - #338
Seattle, WA 98104
(206) 972-0151
Mark@jamlegal.com

Theresa M. Duncan
Duncan Earnest, LLC
222 East Marcy Street
Suite 1
Santa Fe, NM 87501
505-710-6586
teri@duncanearnest.com

Attorneys for Defendant John P. Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-0086-SLG-DMS |
| Plaintiff, | JOINT STATUS REPORT FOR MAY 12, 2021, HEARING |
| vs. | |
| JOHN PEARL SMITH, II, | |
| Defendant. | |

A status hearing is scheduled in this matter on May 12, 2021.  The court directed the parties to file a joint status report addressing (1) the current anticipated length of trial; (2) the number of anticipated expert witnesses; and (3) a proposal when Mr. Smith should be moved from SeaTac to Anchorage prior to trial.  The parties have conferred and submit this joint status report:

1) The anticipated trial: 8-10 weeks (3 weeks for the guilt phase and 5 – 7 weeks for potential penalty phase).

2) Number of anticipated expert witnesses: Government anticipates approximately twelve experts in the guilt phase, and two to three expert witnesses in the penalty phase.  The defense anticipates three to five expert witnesses in the penalty phase.

3) Transfer proposal:  the parties propose that Mr. Smith not be transported from SeaTac, Washington, to Anchorage, Alaska, until September 1, 2021 (two weeks before jury selection).

There are two additional matters the parties would like to inform the court about.  The defense has not been able to have in-person visits with their client since March, 2020.  Counsel is hopeful that in-person visits will resume shortly, but expects restrictions (*e.g.*, limits to days, times or duration) will be in place.

Finally, the Department of Justice ("DOJ") is currently reviewing the defense's request for deauthorization of the death penalty pursuant to Justice Manual 9-10.160.  It is unknown when a decision will be made, but DOJ is aware of the Court's trial schedule and relevant deadlines.

JOINT STATUS REPORT - 2

*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG-DMS

1        Dated this 11th day of May, 2021.

2
/s/Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
Phone (206) 623-0291
Fax (206) 623-2186
Email: Suzanne-elliott@msn.com

/s/ Theresa Duncan
Duncan Earnest, LLC
222 East Marcy Street, Suite 1
Santa Fe, NM 87501
505-710-6586
teri@duncanearnest.com

/s/ Mark A. Larrañaga
Mark A. Larrañaga,
Walsh & Larrañaga
705 Second Ave., Suite 501
Seattle, WA 98104
Phone: 206-972-0151
Mark@jamlegal.com

Attorneys for Mr. Smith

Certificate of Service:

I hereby certify that I electronically filed the foregoing, and any attachments, with the Clerk of court for the U.S. District Court for the District of Alaska by using the district's CM/ECF system on March 11, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ Mark A. Larrañaga
Mark A. Larrañaga

JOINT STATUS REPORT - 3

*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG-DMS