BRYAN WILSON
Acting United States Attorney

KAREN E. VANDERGAW
CHRISTOPHER SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov
Email: chistopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN PEARL SMITH, II, ) <br> ) <br> Defendant. ) <br> ) | No. 3:16-cr-00086-SLG-DMS |

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that Assistant U.S. Attorney Christopher Schroeder now appears as co-counsel for the United States of America in the above-entitled action.

All future correspondence in this matter should be sent to:

CHRISTOPHER SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on Assistant U.S. Attorneys, Frank V. Russo, and William A. Taylor.

RESPECTFULLY SUBMITTED May 18, 2021, at Anchorage, Alaska.

BRYAN WILSON
Acting United States Attorney

s/ *Christopher Schroeder*
CHRISTOPHER SCHROEDER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2021,
a copy of the foregoing was served
electronically on:

Suzanne Lee Elliot
Mark Larrañaga
Theresa Duncan

s/ *Christopher Schroeder*
Office of the U.S. Attorney

*U.S. v. John Pearl Smith, II*
3:16-cr-00086-SLG-DMS                Page 2 of 2