THE HONORABLE SHARON L. GLEASON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PEARL SMITH, II,<br><br>Defendant. | No. 3:16-cr-0086-SLG<br><br>**WAIVER OF PHYSICAL PRESENCE** |

I, John Pearl Smith, hereby waive my right to be physically present during the week of June 21st, 2021, hearing when the Court intends to provide groups of prospective jurors with an introduction and instructions.

*[signed]* John P. Smith    5-17-2021
John Pearl Smith, II                DATE

WAIVER OF PHYSICAL PRESENCE - 1
*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG

Certificate of Service:

I hereby certify that I electronically filed the foregoing, and any attachments, with the Clerk of court for the U.S. District Court for the District of Alaska by using the district's CM/ECF system on May 17th, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ Mark A. Larrañaga
Mark A. Larrañaga

WAIVER OF PHYSICAL PRESENCE - 2

U.S. V. SMITH, NO. 3:16-CR-0086-SLG