IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) No. 3:16-cr-00086-SLG-DMS |
| JOHN PEARL SMITH, II, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Having duly considered the United States' Motion to Withdraw Notice of Intent to Seek a Sentence of Death [ECF No. 168], the motion is hereby GRANTED.

DATED this _____ day of June 2021, at Anchorage, Alaska.

_____
SHARON L. GLEASON
UNITED STATES DISTRICT COURT JUDGE