Law Office of Suzanne Lee Elliott
Suite 1300 Hoge
705 Second Ave.
Seattle WA 98104
Suzanne-elliott@msn.com
206-623-0291

THE HONORABLE SHARON L. GLEASON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PEARL SMITH, II,<br><br>Defendant. | No. 16-CR-00086 SLG-DMS<br><br>NOTICE OF AGREEMENT REGARDING ORDER AT DKT. 1086 |

On June 17, 2021, this Court ordered the Government and the BOP to provide certain documents and information to the defense within 14 days. Dkt. 1086. In light of the fact that the Notice of Intent to Seek a Death Sentence in this case was withdrawn that same day, Dkt. 1087, the parties agree the disclosure ordered in Dkt. 1086 is no longer necessary.

DATED this 21st day of June 2021.

/s/Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
Suite 339
2400 – N.W. 80th Street
Seattle WA 98117

NOTICE OF AGREEMENT - 1

LAW OFFICE OF SUZANNE LEE ELLIOTT
Suite 339
2400 N.W. 80th Street
Seattle, Washington 98117
(206) 623-0291

U.S. V. SMITH, NO. 3:16-cR-0086-SLG-DMS
Case 3:16-cr-00086-SLG   Document 1090   Filed 06/21/21   Page 1 of 2

Phone (206) 623-0291
Email: Suzanne-elliott@msn.com

**CERTIFICATE OF SERVICE**

I, SUZANNE LEE ELLIOTT, certify that on, I filed foregoing document with the United States District Court's Electronic Case Filing (CM/ECF) system, which will serve one copy by email on Assistant United States Attorneys FRANK V. RUSSO, WILLIAM A. TAYLOR, JAMES NELSON AND KAREN VANDERGAW.

/s/ Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
Suite 339
2400 N.W. 80th Street
Seattle, Washington 98117
Phone: (206) 623-0291
Email: suzanne-elliott@msn.com

NOTICE OF AGREEMENT - 2

LAW OFFICE OF SUZANNE LEE ELLIOTT
Suite 339
2400 N.W. 80th Street
Seattle, Washington 98117
(206) 623-0291

*U.S. v. SMITH*, NO. 3:16-cR-0086-SLG-DMS

Case 3:16-cr-00086-SLG   Document 1090   Filed 06/21/21   Page 2 of 2