E. BRYAN WILSON
Acting United States Attorney

KAREN E. VANDERGAW
A. JAMES KLUGMAN
CHRISTOPHER SCHROEDER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov
Email: james.klugman@usdoj.gov
Email: chistopher.schroeder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) No. 3:16-cr-00086-SLG-DMS<br>vs. )<br>)<br>)<br>JOHN PEARL SMITH, II, )<br>)<br>Defendant. )<br>) | |

**UNITED STATES'S PROPOSED TRIAL SCHEDULING ORDER [ECF No. 1095]**

Consistent with the Court's order, the United States submits the following proposed

trial scheduling order. The parties conferred regarding the scheduling order, but did not agree

to a schedule. The United States opposes an order requiring it to furnish a witness list: because

this is no longer a capital case, the requirement of a witness list under 18 U.S.C. § 3432 no

US v. John Pearl Smith II
3:16-cr-00086                    Page 1 of 4
Case 3:16-cr-00086-SLG   Document 1099   Filed 07/08/21   Page 1 of 4

longer applies. *United States v. Payseur*, 501 F.2d 966, 972 (9th Cir. 1974). As this case has been thoroughly litigated, the United States further submits that an extended pretrial motions deadline should not be permitted, as the motions deadlines elapsed in 2019.

//

//

//

//

//

//

//

**//**

//

//

//

//

//

//

//

US v. John Pearl Smith II
3:16-cr-00086  Page 2 of 4
Case 3:16-cr-00086-SLG   Document 1099   Filed 07/08/21   Page 2 of 4

Scheduling Order

| Type of pre-trial disclosure/deadline | Deadline |
|---|---|
| Updates to Rule 609 Motions in Limine | September 7, 2021 |
| Rule 609 Motions in Limine Responses | September 14, 2021 |
| Trial Brief, Proposed Jury Instructions, Proposed Voir Dire, Parties to produce remaining Jencks statements[*] | September 20, 2021 |
| Final Pretrial Conference | September 27, 2021 |
| Exchange of Exhibits in digital and hard copy/Lodge Copy of Exhibits with Court | October 4, 2021 |
| **TRIAL** | **October 18, 2021, at 9:00 a.m.** |

//

//

//

//

//

//

//

---

[*] Although this deadline is not enforceable, see *United States v. Taylor*, 802 F.2d 1108, 1118 (9th Cir. 1986), the United States intends on producing the remaining Jencks materials by the deadline ordered by the Court.

Respectfully submitted this 8th day of July, 2021 in Anchorage, Alaska.

> E. BRYAN WILSON
> Acting United States Attorney
>
> */s/ Karen Vandergaw*
>
> Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2021, a copy of the foregoing was served via the CM/ECF system on:

Suzanne Lee Elliot
Mark Larrañaga
Theresa Duncan

*/s/ Karen Vandergaw*