Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, WA 98104-1705
(206) 623-0291
Fax (206) 623-2186
Email: suzanne-elliott@msn.com

THE HONORABLE SHARON L. GLEASON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PEARL SMITH, II,<br><br>Defendant. | No. 3:16-cr-0086-SLG<br><br>WAIVER OF PHYSICAL PRESENCE FOR AUGUST 31, 2021 STATUS CONFERENCE |

## WAIVER

I, John Pearl Smith, hereby waive my physical presence at the August 31, 2021 status conference.

Dated this 25th day of August, 2021.

*/s/ John Pearl Smith, II*

John Pearl Smith, II

WAIVER OF PHYSICAL PRESENCE - 1

*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG

# CERTIFICATE OF SERVICE

I, SUZANNE LEE ELLIOTT, hereby certify that on August 25, 2021, I filed foregoing document with the United States District Court's Electronic Case Filing (CM/ECF) system, which will serve one copy by email on Assistant United States Attorney KAREN VANDERGAW, et. Al.

/s/ Suzanne Lee Elliott
Email: suzanne-elliott@msn.com