E. BRYAN WILSON
Acting United States Attorney

KAREN E. VANDERGAW
A. JAMES KLUGMAN
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov
       james.klugman@usdoj.gov
       christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:16-cr-0086-SLG ) |
| JOHN PEARL SMITH, | ) ) |
| Defendant. | ) ) |

**REQUEST FOR NOTICE OF AN ALIBI DEFENSE**

NOW COMES the United States of America, by and through undersigned counsel, and hereby respectfully requests, pursuant to Fed. R. Crim. P. 12.1(a)(1), that the Defendant provide to the Government within 14 days a written notice of any intended alibi

defense related to the offenses alleged in the indictment that occurred at the following dates, times, and locations:

| DATE | APPROXIMATE TIME (AST) | LOCATION |
|---|---|---|
| September 2015 | 12:00 a.m. – 6:00 a.m. | 6201 S. Settlers Bay Drive, Wasilla, AK 99623 |
| May 11, 2016 | 12:00 a.m. – 6:00 a.m. | 5238 Alvin's Alley, Meadow Lakes, AK 99654 |
| June 5, 2016 | 2:00 a.m. – 4:00 a.m. | 7350 W. Coal Road, Meadow Lakes, AK 99654 |

The United States requests that Defendant provide written notice of each specific place he claims to have been at the dates and times above, as well as the name, address, and telephone number of each alibi witness on whom the defendant intends to rely at trial. *See* Fed. R. Crim. P. 12.1(a)(2).

In the event that Defendant fails to provide written notice of any intended alibi defense within 14 days of this request, the United States will seek to exclude the testimony of any undisclosed alibi witnesses from trial. *See* Fed. R. Crim. P. 12.1(e).

RESPECTFULLY SUBMITTED August 26, 2021, in Anchorage, Alaska.

      E. BRYAN WILSON
      Acting United States Attorney

     *s/ Christopher D. Schroeder*
      CHRISTOPHER D. SCHROEDER
      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2021,
a copy of the foregoing was served
electronically via the CM-ECF system on:

Mark A. Larrañaga
Suzanne Lee Elliott
Theresa M. Duncan

*s/ Christopher D. Schroeder*
Office of the U.S. Attorney