Law Office of Suzanne Lee Elliott
Suite 339
2400 N.W. 80th Street
Seattle, Washington 98117
Phone (206) 623-0291
Email: suzanne-elliott@msn.com

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:16-cr-0086-SLG-DMS |
| Plaintiff, | |
| vs. | NOTICE RE: MOTIONS IN LIMINE |
| JOHN PEARL SMITH, II, | |
| Defendant. | |

Comes now John Pearl Smith, II by and through counsel and hereby gives notice that he filed a number of pretrial motions and motions in limine in this matter in the years preceding the current trial date. This Court has granted, denied, or reserved to trial a number of those motions in limine. He will not refile physical copies of those motions now but gives notice that he does not intend that his failure to re-file those motions under the latest due date for such motions in the Fifth Amended Scheduling Order, Dkt.1105, is in any way a waiver of those issues.

Mr. Smith further gives notice that to the extent the Government's Jencks Act disclosures, now due September 17. 2021, provide additional support for his prior motions in limine or provide new grounds for motions in limine, he reserves the right to file additional motions as appropriate.

Signed this day of 30th August 2021.

/s/Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
Suite 339
2400 N.W. 80th Street

NOTICE RE: MOTIONS IN LIMINE

*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG-DMS

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
FAX (206) 623-2186

Case 3:16-cr-00086-SLG   Document 1109   Filed 08/30/21   Page 1 of 2

Seattle, Washington 98117
Phone (206) 623-0291
Email: Suzanne-elliott@msn.com

**CERTIFICATE OF SERVICE**

I, SUZANNE LEE ELLIOTT, hereby certify that on August 30th, 2021, I filed foregoing document with the United States District Court's Electronic Case Filing (CM/ECF) system, which will serve one copy by email on Assistant United States Attorneys KAREN VANDERGAW, JAMES KLUGMAN and CHRISTOPHER D. SCHROEDER.

/s/ Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
Email: suzanne-elliott@msn.com

NOTICE RE: MOTIONS IN LIMINE

*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG-DMS

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
FAX (206) 623-2186

Case 3:16-cr-00086-SLG   Document 1109   Filed 08/30/21   Page 2 of 2