E. BRYAN WILSON
Acting United States Attorney

KAREN E. VANDERGAW
A. JAMES KLUGMAN
CHRISTOPHER SCHROEDER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov
Email: james.klugman@usdoj.gov
Email: chistopher.schroeder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>            vs.<br><br><br>JOHN PEARL SMITH, II,<br><br>                    Defendant. | No. 3:16-cr-00086-SLG-DMS |

**JOINT MOTION TO CONTINUE TRIAL DEADLINES**

The parties jointly respectfully request that this Court continue the trial deadlines currently set for September 20, 2021 until October 4, 2021. Currently, the Fifth Amended Scheduling Order has the following items listed for September 20, 2021:

- Parties to file any replies to responses to pretrial motions;
- Parties to file trial briefs;

- Parties to file proposed jury instructions, proposed verdict
- forms, and requested voir dire;
- Each party to file its witness and exhibit lists for trial.

The parties request these deadlines be continued until October 4, 2021. As a result, the parties further request that the deadline for parties to file any objections to proposed jury instructions, proposed verdict forms, and proposed voir dire, be reset from September 27, 2021 to October 12, 2021.

This change in the deadlines will allow the parties additional time to prepare their filings, as well as give them an opportunity to gauge how the restrictions in the next MGO will affect the parties' respective presentations.

Respectfully submitted this 16th day of September 2021, in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

*/s/ Karen Vandergaw*
KAREN VANDERGAW
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021, a copy of the foregoing was served via the CM/ECF system on:

Mark Larrañaga
Theresa Duncan
Suzanne Lee Elliot

*/s/ Karen Vandergaw*
KAREN VANDERGAW
Assistant U.S. Attorney

*US v. John Pearl Smith II*
3:16-cr-00086-SLG-DMS                Page 2 of 2

Case 3:16-cr-00086-SLG   Document 1114   Filed 09/16/21   Page 2 of 2