E. BRYAN WILSON
Acting United States Attorney

KAREN E. VANDERGAW
A. JAMES KLUGMAN
CHRISTOPHER SCHROEDER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov
Email: james.klugman@usdoj.gov
Email: chistopher.schroeder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:16-cr-00086-SLG |
| JOHN PEARL SMITH, II, | ) |
| Defendant. | ) |

**JOINT MOTION FOR EXPEDITED CONSIDERATION**
**(L. Civ. R. 7.3(a))**

The parties jointly respectfully request this Court consider the motion to continue trial deadlines on an expedited basis filed at docket 1114. Expedited consideration is necessary because the deadlines at issue are set for Monday, September 20, 2021.

RESPECTFULLY SUBMITTED September 16, 2021, at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ *Karen Vandergaw*
KAREN VANDERGAW
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021,
a true and correct copy of the foregoing
was served electronically on the following:

Mark Larrañaga
Theresa Duncan
Suzanne Lee Elliot


s/ *Karen Vandergaw*
Office of the U.S. Attorney

*United States v. John Pearl Smith II*     Page **2** of **2**
3:16-cr-00086-SLG

Case 3:16-cr-00086-SLG   Document 1115   Filed 09/16/21   Page 2 of 2