E. BRYAN WILSON
Acting United States Attorney

KAREN VANDERGAW
A. JAMES KLUGMAN
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov
        james.klugman@usdoj.gov
        christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:16-cr-00086-SLG |
| | ) | |
| JOHN PEARL SMITH II, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PROPOSED VERDICT FORMS**

The United States hereby respectfully submits the following proposed verdict forms

for this Court's consideration in this case.

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 1 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 1 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:16-cr-00086-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **<u>VERDICT 1</u>** |
| | ) | |
| JOHN PEARL SMITH II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

We, the Jury, duly empaneled to try the above-entitled matter, do find the defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the crime of Attempted Robbery of Ben Gross in violation of Section 1951(a) of Title 18 of the United States Code, as charged in Count 1 of the Indictment.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON


*Note: If you find the defendant not guilty of this count (Count 1), do not render verdicts as to Counts 3, 4, 5 and 6.  <u>Only</u> if you find the defendant guilty of this count, proceed to render verdicts as to Counts 3, 4, 5 and 6.*

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 2 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 2 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:16-cr-00086-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **<u>VERDICT 2</u>** |
| | ) | |
| JOHN PEARL SMITH II, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     We, the Jury, duly empaneled to try the above-entitled matter, do find the

defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the

crime of Attempted Possession of a Controlled Substance with Intent to Distribute in

violation of Sections 846 and 841(b)(1)(C) of Title 21 of the United States Code, as charged

in Count 2 of the Indictment.

     Dated this \_\_\_ day of November 2021.


                  _____
                  JURY FOREPERSON


*Note: If you find the defendant not guilty of this count (Count 2), do not render verdicts as to Counts 7 and 8. <u>Only</u> if you find the defendant guilty of this count, proceed to render verdicts as to Counts 7 and 8.*

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG        Page 3 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 3 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:16-cr-00086-SLG |
| Plaintiff, ) | |
| ) | |
| vs. ) | **VERDICT 3A** |
| ) | |
| JOHN PEARL SMITH II, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

*Note: If you found the defendant not guilty of Count 1, do not render a verdict as to Count 3. Complete this verdict only if you found the defendant guilty of Count 1.*

We, the Jury, duly empaneled to try the above-entitled matter, do find the defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the crime of Using a Firearm to Commit Murder of Ben Gross During and in Relation to the Attempted Robbery of Ben Gross in violation of Sections 924(c)(1) and 924(j)(1) of Title 18 of the United States Code, as charged in Count 3 of the Indictment.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

*[Note: If you find the defendant not guilty of Count 3, skip the next page. If you find the defendant guilty of Count 3, proceed to consider the additional question on the next page.]*

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 4 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 4 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:16-cr-00086-SLG |
| Plaintiff, ) | |
| ) | |
| vs. ) | **VERDICT 3B** |
| ) | |
| JOHN PEARL SMITH II, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

*Note:  If you found the defendant not guilty of Count 3, do not render a verdict on this question.  Complete this verdict only if you found the defendant guilty of Count 3.*

We, the Jury, having found the defendant, JOHN PEARL SMITH II, GUILTY of Count 3 of the Indictment, further find (check all that apply):

[ ] the defendant killed Ben Gross with malice aforethought

[ ] the killing was premeditated.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 5 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 5 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:16-cr-00086-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VERDICT 4** |
| | ) | |
| JOHN PEARL SMITH II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

*Note: If you found the defendant not guilty of Count 1, do not render a verdict as to Count 4. Complete this verdict only if you found the defendant guilty of Count 1.*

We, the Jury, duly empaneled to try the above-entitled matter, do find the defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the crime of Using a Firearm to Commit Felony-Murder of Ben Gross During and in Relation to the Attempted Robbery of Ben Gross in violation of Sections 924(c)(1) and 924(j)(1) of Title 18 of the United States Code, as charged in Count 4 of the Indictment.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 6 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 6 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:16-cr-00086-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VERDICT 5A** |
| | ) | |
| JOHN PEARL SMITH II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

*Note: If you found the defendant not guilty of Count 1, do not render a verdict as to Count 5. Complete this verdict only if you found the defendant guilty of Count 1.*

We, the Jury, duly empaneled to try the above-entitled matter, do find the defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the crime of Using a Firearm to Commit Murder of Crystal Denardi During and in Relation to the Attempted Robbery of Ben Gross in violation of Sections 924(c)(1) and 924(j)(1) of Title 18 of the United States Code, as charged in Count 5 of the Indictment.

Dated this ___ day of November 2021.


_____
JURY FOREPERSON

*[Note: If you find the defendant not guilty of Count 5, skip the next page. If you find the defendant guilty of Count 5, proceed to consider the additional question on the next page.]*

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 7 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 7 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 3:16-cr-00086-SLG |
| Plaintiff, | ) |
| | ) |
| vs. | ) **VERDICT 5B** |
| | ) |
| JOHN PEARL SMITH II, | ) |
| | ) |
| Defendant. | ) |
| ———————————————— | ) |

*Note: If you found the defendant not guilty of Count 5, do not render a verdict on this question. Complete this verdict only if you found the defendant guilty of Count 5.*

We, the Jury, having found the defendant, JOHN PEARL SMITH II, GUILTY of

Count 5 of the Indictment, further find (check all that apply):

[ ] the defendant killed Crystal Denardi with malice aforethought

[ ] the killing was premeditated.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 8 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 8 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN PEARL SMITH II, )<br>)<br>Defendant. )<br>_____ ) | No. 3:16-cr-00086-SLG<br><br>**VERDICT 6** |

*Note: If you found the defendant not guilty of Count 1, do not render a verdict as to Count 6. Complete this verdict* only *if you found the defendant guilty of Count 1.*

We, the Jury, duly empaneled to try the above-entitled matter, do find the defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the crime of Using a Firearm to Commit Felony-Murder of Crystal Denardi During and in Relation to the Attempted Robbery of Ben Gross in violation of Sections 924(c)(1) and 924(j)(1) of Title 18 of the United States Code, as charged in Count 6 of the Indictment.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 9 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 9 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:16-cr-00086-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **<u>VERDICT 7A</u>** |
| | ) | |
| JOHN PEARL SMITH II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

*Note: If you found the defendant not guilty of Count 2, do not render a verdict as to Count 7. Complete this verdict <u>only</u> if you found the defendant guilty of Count 2.*

We, the Jury, duly empaneled to try the above-entitled matter, do find the defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the crime of Using a Firearm to Commit Murder of Ben Gross During and in Relation to a Drug Trafficking Crime in violation of Sections 924(c)(1) and 924(j)(1) of Title 18 of the United States Code, as charged in Count 7 of the Indictment.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

*[Note: If you find the defendant not guilty of Count 7, skip the next page. If you find the defendant guilty of Count 7, proceed to consider the additional question on the next page.]*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>JOHN PEARL SMITH II,<br><br>               Defendant. | ) No. 3:16-cr-00086-SLG<br>)<br>)<br>)<br>) **<u>VERDICT 7B</u>**<br>)<br>)<br>)<br>) |

*Note: If you found the defendant not guilty of Count 7, do not render a verdict on this question. Complete this verdict <u>only</u> if you found the defendant guilty of Count 7.*

     We, the Jury, having found the defendant, JOHN PEARL SMITH II, GUILTY of Count 7 of the Indictment, further find (check all that apply):

        [ ] the defendant killed Ben Gross with malice aforethought

        [ ] the killing was premeditated.

     Dated this ___ day of November 2021.


                                          _____
                                          JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,           )
                                     )   No. 3:16-cr-00086-SLG
            Plaintiff,               )
                                     )
    vs.                              )   **VERDICT 8A**
                                     )
JOHN PEARL SMITH II,                 )
                                     )
            Defendant.               )
_____     )

*Note: If you found the defendant not guilty of Count 2, do not render a verdict as to Count 8. Complete this verdict only if you found the defendant guilty of Count 2.*

        We, the Jury, duly empaneled to try the above-entitled matter, do find the

defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the

crime of Using a Firearm to Commit Murder of Crystal Denardi During and in Relation to

a Drug Trafficking Crime in violation of Sections 924(c)(1) and 924(j)(1) of Title 18 of the

United States Code, as charged in Count 8 of the Indictment.

        Dated this ___ day of November 2021.


                                            _____
                                            JURY FOREPERSON


*[Note: If you find the defendant not guilty of Count 8, skip the next page. If you find the defendant guilty of Count 8, proceed to consider the additional question on the next page.]*

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG            Page 12 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 12 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:16-cr-00086-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VERDICT 8B** |
| | ) | |
| JOHN PEARL SMITH II, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*Note: If you found the defendant not guilty of Count 8, do not render a verdict on this question. Complete this verdict only if you found the defendant guilty of Count 8.*

We, the Jury, having found the defendant, JOHN PEARL SMITH II, GUILTY of

Count 8 of the Indictment, further find (check all that apply):

[  ] the defendant killed Crystal Denardi with malice aforethought

[  ] the killing was premeditated.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 13 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 13 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:16-cr-00086-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **<u>VERDICT 9</u>** |
| | ) | |
| JOHN PEARL SMITH II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

We, the Jury, duly empaneled to try the above-entitled matter, do find the

defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the

crime of Robbery of R.H. in violation of Sections 1951(a) of Title 18 of the United States

Code, as charged in Count 9 of the Indictment.

Dated this ___ day of November 2021.


_____
JURY FOREPERSON


*Note: If you find the defendant not guilty of this count (Count 9), do not render a verdict
as to Count 11. <u>Only</u> if you find the defendant guilty of this count, proceed to render a
verdict as to Count 11.*

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 14 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 14 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,　　)
　　　　　　　　　　　　　　　　) No. 3:16-cr-00086-SLG
　　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　) **<u>VERDICT 10</u>**
　　　　　　　　　　　　　　　　)
JOHN PEARL SMITH II,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　)
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿)

　　　　We, the Jury, duly empaneled to try the above-entitled matter, do find the

defendant, JOHN PEARL SMITH II, ＿＿＿＿＿＿＿＿＿ (Not Guilty/Guilty) of the

crime of Attempted Possession of a Controlled Substance with Intent to Distribute in

violation of Sections 846 and 841(b)(1)(C) of Title 21 of the United States Code, as charged

in Count 10 of the Indictment.

　　　　Dated this ＿＿ day of November 2021.


　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　JURY FOREPERSON


*Note:  If you find the defendant not guilty of this count (Count 10), do not render a verdict
as to Count 12.  <u>Only</u> if you find the defendant guilty of this count, proceed to render a
verdict as to Count 12.*

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG　　　　Page 15 of 26
Case 3:16-cr-00086-SLG　Document 1120　Filed 09/27/21　Page 15 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 3:16-cr-00086-SLG |
| Plaintiff, | ) |
| | ) |
| vs. | ) **<u>VERDICT 11A</u>** |
| | ) |
| JOHN PEARL SMITH II, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

*Note: If you found the defendant not guilty of Count 9, do not render a verdict as to Count 11. Complete this verdict <u>only</u> if you found the defendant guilty of Count 9.*

We, the Jury, duly empaneled to try the above-entitled matter, do find the defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the crime of Using, Carrying, or Brandishing a Firearm During and in Relation to the Robbery of R.H. in violation of Sections 924(c)(1) and 924(j)(1) of Title 18 of the United States Code, as charged in Count 11 of the Indictment.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

*Note: If you find the defendant not guilty of Count 11, skip the next page. If you find the defendant guilty of Count 11, proceed to consider the special verdict form on the next page.*

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 16 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 16 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:16-cr-00086-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VERDICT 11B** |
| | ) | |
| JOHN PEARL SMITH II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

*Note: If you found the defendant not guilty of Count 11, do not render a verdict on this question. Complete this verdict only if you found the defendant guilty of Count 11.*

We, the Jury, having found the defendant, JOHN PEARL SMITH II, GUILTY of Count 11 of the Indictment, further find that the defendant performed the following actions with a firearm regarding that offense (check all that apply):

[ ] possessed in furtherance

[ ] used during and in relation to

[ ] carried during and in relation to

[ ] brandished.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN PEARL SMITH II, )<br>)<br>Defendant. )<br>_____ ) | No. 3:16-cr-00086-SLG<br><br>**<u>VERDICT 12A</u>** |

*Note:  If you found the defendant not guilty of Count 10, do not render a verdict as to Count 12.  Complete this verdict <u>only</u> if you found the defendant guilty of Count 10.*

We, the Jury, duly empaneled to try the above-entitled matter, do find the defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the crime of Using, Carrying, or Brandishing a Firearm During and in Relation to a Drug Trafficking Crime in violation of Sections 924(c)(1) and 924(j)(1) of Title 18 of the United States Code, as charged in Count 12 of the Indictment.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 3:16-cr-00086-SLG |
| Plaintiff, | ) |
| | ) |
| vs. | ) **VERDICT 11B** |
| | ) |
| JOHN PEARL SMITH II, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

*Note: If you found the defendant not guilty of Count 12, do not render a verdict on this question. Complete this verdict <u>only</u> if you found the defendant guilty of Count 12.*


We, the Jury, having found the defendant, JOHN PEARL SMITH II, GUILTY of

Count 12 of the Indictment, further find that the defendant performed the following actions

with a firearm regarding that offense (check all that apply):

[ ] possessed in furtherance

[ ] used during and in relation to

[ ] carried during and in relation to

[ ] brandished.

Dated this ____ day of November 2021.


_____
JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:16-cr-00086-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VERDICT 13** |
| | ) | |
| JOHN PEARL SMITH II, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

We, the Jury, duly empaneled to try the above-entitled matter, do find the

defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the

crime of Attempted Robbery of M.B. in violation of Section 1951(a) of Title 18 of the

United States Code, as charged in Count 13 of the Indictment.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

*Note: If you find the defendant not guilty of this count (Count 13), do not render a verdict as to Count 15. Only if you find the defendant guilty of this count, proceed to render a verdict as to Count 15.*

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 20 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 20 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:16-cr-00086-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VERDICT 14** |
| | ) | |
| JOHN PEARL SMITH II, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

We, the Jury, duly empaneled to try the above-entitled matter, do find the

defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the

crime of Attempted Possession of a Controlled Substance with Intent to Distribute in

violation of Sections 846 and 841(b)(1)(C) of Title 21 of the United States Code, as charged

in Count 14 of the Indictment.

Dated this ___ day of November 2021.


_____
JURY FOREPERSON


*Note: If you find the defendant not guilty of this count (Count 14), do not render a verdict*
*as to Count 16. Only if you find the defendant guilty of this count, proceed to render a*
*verdict as to Count 16.*

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 21 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 21 of 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:16-cr-00086-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VERDICT 15A** |
| | ) | |
| JOHN PEARL SMITH II, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*Note: If you found the defendant not guilty of Count 13, do not render a verdict as to Count 15. Complete this verdict only if you found the defendant guilty of Count 13.*

We, the Jury, duly empaneled to try the above-entitled matter, do find the defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the crime of Using, Carrying, or Brandishing a Firearm During and in Relation to the Attempted Robbery of M.B. in violation of Sections 924(c)(1) and 924(j)(1) of Title 18 of the United States Code, as charged in Count 15 of the Indictment.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,     )
        )   No. 3:16-cr-00086-SLG
       Plaintiff,     )
        )
      vs.        )   **<u>VERDICT 15B</u>**
        )
JOHN PEARL SMITH II,     )
        )
       Defendant.     )
_____ )

*Note: If you found the defendant not guilty of Count 15, do not render a verdict on this question. Complete this verdict <u>only</u> if you found the defendant guilty of Count 15.*

We, the Jury, having found the defendant, JOHN PEARL SMITH II, GUILTY of Count 15 of the Indictment, further find that the defendant performed the following actions with a firearm regarding that offense (check all that apply):

[ ] possessed in furtherance

[ ] used during and in relation to

[ ] carried during and in relation to

[ ] brandished.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:16-cr-00086-SLG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VERDICT 16A** |
| | ) | |
| JOHN PEARL SMITH II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

*Note: If you found the defendant not guilty of Count 14, do not render a verdict as to Count 16. Complete this verdict only if you found the defendant guilty of Count 14.*

We, the Jury, duly empaneled to try the above-entitled matter, do find the defendant, JOHN PEARL SMITH II, _____ (Not Guilty/Guilty) of the crime of Using, Carrying, or Brandishing a Firearm During and in Relation to a Drug Trafficking Crime in violation of Sections 924(c)(1) and 924(j)(1) of Title 18 of the United States Code, as charged in Count 16 of the Indictment.

Dated this ___ day of November 2021.


_____
JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
                     )   No. 3:16-cr-00086-SLG
           Plaintiff, )
                     )
        vs. )   **<u>VERDICT 16B</u>**
                     )
JOHN PEARL SMITH II, )
                     )
          Defendant. )
_____ )

*Note: If you found the defendant not guilty of Count 16, do not render a verdict on this question. Complete this verdict <u>only</u> if you found the defendant guilty of Count 16.*

We, the Jury, having found the defendant, JOHN PEARL SMITH II, GUILTY of Count 16 of the Indictment, further find that the defendant performed the following actions with a firearm regarding that offense (check all that apply):

[ ] possessed in furtherance

[ ] used during and in relation to

[ ] carried during and in relation to

[ ] brandished.

Dated this ___ day of November 2021.

_____
JURY FOREPERSON

RESPECTFULLY SUBMITTED this 27th day of September 2021, at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

*s/ Christopher D. Schroeder*
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, a copy of the foregoing was served electronically via the CM/ECF filing system on the following:

Mark A. Larrañaga
Suzanne Lee Elliott
Theresa M. Duncan

*s/ Christopher D. Schroeder*
Office of the U.S. Attorney

*United States v. John Pearl Smith II*
Case No. 3:16-cr-00086-SLG          Page 26 of 26
Case 3:16-cr-00086-SLG   Document 1120   Filed 09/27/21   Page 26 of 26