THE HONORABLE SHARON GLEASON

Law Office of Suzanne Lee Elliott
Suite 339
2400 N.W. 80th Street
Seattle, Washington 98117
Phone (206) 623-0291
Email: suzanne-elliott@msn.com

| UNITED STATES OF AMERICA, | No. 3:16-cr-0086-SLG-DMS |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO COMPEL ALL NOTES TAKEN BY THE GOVERNMENT DURING THE INVESTIGATION |
| JOHN PEARL SMITH, II, | |
| Defendant. | |

## I. MOTION

John Pearl Smith, II, through counsel, moves to compel production of any Jencks or Brady/Giglio material in prosecutors' or agents' notes of witness interview.

## II. ARGUMENT

It is typical that, in a complex criminal trial such as this, the Government will provide notes taken by agents of pretrial meetings with witnesses. The Jencks deadline has passed and no notes have been provided to the defense. It is unclear whether the Government's current position is that it has no obligation to turn over such notes, or whether it has directed its agents not to take notes.

The motion is motivated by events surrounding the evidentiary hearing regarding Brian Long held on June 10, 2019. Before the hearing the Government provided to counsel several documents related to Mr. Long's work as a jailhouse informant. One of the issues was whether Mr. Long was essentially a Government agent and whether the Government had advised Mr. Long to refrain from actively questioning Mr. Smith. See

MOTION TO COMPEL - 1
*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG-DMS

LAW OFFICE OF SUZANNE LEE ELLIOTT
Suite 339
2400 N.W. 80th Street
Seattle, Washington 98117
(206) 623-0291

Case 3:16-cr-00086-SLG   Document 1125   Filed 09/27/21   Page 1 of 4

Dkt. 458 at 117. The discovery provided to Mr. Smith not contain any information that the DEA agents involved had advised Mr. Long on this point. And it contained only one DEA 6, by DEA Agent Fuller.

The night before the evidentiary hearing began, however, the Government produced new information. DEA Agent Burke was also present at Mr. Long's interview but he did write a DEA 6. He did, however, have handwritten notes of the interview with Mr. Long. Dkt. 448 (Exhibit List). Those notes included DEA Agent Burke's notation that some advisement was given.

This incident demonstrates that any notes taken by law enforcement, even if they are never reduced to an official report, can be critical. Unlike the Alaska State Troopers – who are required to audio record witness interviews - the FBI and the DEA have a policy of NOT recording witness statements. Their reports are based upon notes taken during the interview. The incident with Agent Burke and his notes demonstrates that all notes taken during these interviews are critical. Without them, defense counsel cannot determine what the Agents have left out of the final narrative in their "official" reports.

Under the Jencks Act, the government must produce any records from its interviews with witnesses that incorporate any statement made or adopted by a witness relating to a subject matter on which the witness has testified. 18 U.S.C. § 3500.[1] Under *Brady* and *Giglio*, the government is required to produce any evidence "favorable to the

---

[1] Statement is defined in the Jencks Act, 18 U.S.C. § 3500(e), to include:

(1) a written statement made by said witness and signed or otherwise adopted or approved by him; [or]

(2) a stenographic, mechanical, electrical, or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement made by said witness and recorded contemporaneously with the making of such oral statement[.]

MOTION TO COMPEL - 2
*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG-DMS

LAW OFFICE OF SUZANNE LEE ELLIOTT
Suite 339
2400 N.W. 80th Street
Seattle, Washington 98117
(206) 623-0291

Case 3:16-cr-00086-SLG   Document 1125   Filed 09/27/21   Page 2 of 4

accused, either because it is exculpatory, or because it is impeaching[.]" *United States v. Williams*, 547 F.3d 1187, 1202 (9th Cir. 2008) (citation and internal quotation marks omitted).

The government may not hold back either Jencks or *Brady/Giglio* material because (1) the agents were not permitted to prepare notes; (2) the agents did take notes but the government does not want to turn them over; or (3) the prosecutors are the only ones who took notes. See *Goldberg v. U. S.*, 425 U.S. 94, 101–02, 108 (1976) (holding that the work-product doctrine does not bar production of materials otherwise producible under the Jencks Act); *United States v. Kohring*, 637 F.3d 895, 907 (9th Cir. 2010) ("[I]n general, a prosecutor's opinions and mental impressions of the case are not discoverable under *Brady* [*/Giglio*] unless they contain underlying exculpatory facts.") (emphasis added, alteration in original).

Clearly Government agents had interviewed a multitude of witnesses in this case – some have been interviewed more than one. Any written record by any government agent or prosecutor from these meetings is likely discoverable under Jencks and potentially also under *Brady/Giglio*. The Government should have to produce any notes from witness interviews that incorporate any statements made or adopted by any witnesses or that include any evidence that is exculpatory or may impeach witnesses. If necessary, Mr. Smith would not object in camera review of any notes from these interviews, to enable the Court to separate protected work-product from *Jencks* or *Brady/Giglio* material.

Respectfully submitted this 27th day of September, 2021.

*/s/Suzanne Lee Elliott*
Law Office of Suzanne Lee Elliott
Suite 339
2400 N.W. 80th Street
Seattle, Washington 98117
Phone (206) 623-0291
Fax (206) 623-2186

MOTION TO COMPEL - 3
*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG-DMS

LAW OFFICE OF SUZANNE LEE ELLIOTT
Suite 339
2400 N.W. 80th Street
Seattle, Washington 98117
(206) 623-0291

Case 3:16-cr-00086-SLG   Document 1125   Filed 09/27/21   Page 3 of 4

Email: Suzanne-elliott@msn.com

*/s/ Mark A. Larrañaga*
Mark A. Larrañaga, Walsh & Larrañaga
140 Lakeside Ave., Suite #338-A Seattle, WA 98122
Phone: 206-972-0151
Mark@jamlegal.com

*/s/ Theresa Duncan*
Duncan Earnest, LLC
222 East Marcy Street Suite 1
Santa Fe, NM 87501

**CERTIFICATE OF SERVICE**

I, SUZANNE LEE ELLIOTT, certify that on September 27, 2021, I filed foregoing document with the United States District Court's Electronic Case Filing (CM/ECF) system, which will serve one copy by email on Assistant United States Attorneys KAREN VANDERGAW, JAMES KLUGMAN and CHRISTOPHER D. SCHROEDER.

/s/ Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
Email: suzanne-elliott@msn.com

MOTION TO COMPEL - 4
*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG-DMS

LAW OFFICE OF SUZANNE LEE ELLIOTT
Suite 339
2400 N.W. 80th Street
Seattle, Washington 98117
(206) 623-0291

Case 3:16-cr-00086-SLG   Document 1125   Filed 09/27/21   Page 4 of 4