E. BRYAN WILSON
Acting United States Attorney

KAREN E. VANDERGAW
A. JAMES KLUGMAN
CHRISTOPHER SCHROEDER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov
Email: james.klugman@usdoj.gov
Email: chistopher.schroeder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JOHN PEARL SMITH, II, ) <br> ) <br> Defendant. ) | No. 3:16-cr-00086-SLG-MMS |

**JOINT MOTION FOR EXPEDITED STATUS CONFERENCE**

The parties jointly request an expeditiously set telephonic status conference to discuss how Miscellaneous General Order 21-22 will affect the trial.

Respectfully submitted this 28th day of September 2021 in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

*/s/ Karen Vandergaw*
KAREN VANDERGAW
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2021, a copy of the foregoing was served via the CM/ECF system on:

Suzanne Lee Elliot
Mark Larrañaga
Theresa Duncan

*/s/ Karen Vandergaw*
Office of U.S. Attorney