Suzanne L. Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, WA 98104-1705
(206) 623-0291
suzanne-elliott@msn.com

Mark A. Larrañaga,
140 Lakeside Ave., Suite A - #338
Seattle, WA 98104
(206) 972-0151
Mark@jamlegal.com

Theresa M. Duncan
Duncan Earnest, LLC
222 East Marcy Street
Suite 1
Santa Fe, NM 87501
505-710-6586
teri@duncanearnest.com

Attorneys for Defendant John P. Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PEARL SMITH, II,<br><br>Defendant. | No. CR16-0086-SLG-DMS |

**MOTION TO VACATE DUE DATES UNDER THE FIFTH AMENDED SCHEDULE ORDER (DKT 1105) TO BE ADDRESSED AT THE STATUS HEARING SCHEDULED FOR NOVEMBER 18, 2021**

MOTION TO VACATE DUE DATES
UNDER THE FIFTH AMENDED
SCHEDULE ORDER (DKT 1105) - 1
U.S. V. SMITH, NO. 3:16-CR-0086-SLG-DMS

Case 3:16-cr-00086-SLG   Document 1133   Filed 10/01/21   Page 1 of 3

A modification to the Fifth Amended Schedule Order[1], sets October 4, 2021, for the parties to file any objections to proposed jury instructions, proposed verdict form, and proposed voir dire; and October 4, 2021 for the parties to exchange in digital and hard-copy form and provide Court with exhibits. The dates anticipated a trial to begin on October 18, 2021.

The trial was vacated on September 30, 2021. A telephonic status hearing has been set for November 18, 2021 at 11:30 a.m. to determine when a new trial date may be set. The parties jointly request the Court to vacate the current due dates discussed above to be re-addressed at the November 18, 2021 status hearing.[2]

/s/Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
Phone (206) 623-0291
Fax (206) 623-2186
Email: Suzanne-elliott@msn.com

*/s/ Theresa Duncan*
Duncan Earnest, LLC
222 East Marcy Street, Suite 1
Santa Fe, NM 87501
505-710-6586
teri@duncanearnest.com

---

[1] Docket 1105.

[2] At the September 30, 2021, status hearing, the Court vacated the October 6, 2021 "In-person Pretrial Conference" schedule under the Fifth Amended Scheduling Order.

                 */s/ Mark A. Larrañaga*
Mark A. Larrañaga,
Walsh & Larrañaga
140 Lakeside Ave., Suite A-388
Seattle, WA 98122
Phone: 206-972-0151
Mark@jamlegal.com

Attorneys for Mr. Smith

Certificate of Service:

I hereby certify that I electronically filed the foregoing, and any attachments, with the Clerk of court for the U.S. District Court for the District of Alaska by using the district's CM/ECF system on October 1, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Mark A. Larrañaga*
Mark A. Larrañaga

MOTION TO VACATE DUE DATES
UNDER THE FIFTH AMENDED
SCHEDULE ORDER (DKT. 1105) - 3
Case 3:16-cr-00086-SLG   Document 1133   Filed 10/01/21   Page 3 of 3

*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG-DMS