THE HONORABLE SHARON L. GLEASON

Suzanne L. Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, WA 98104-1705
(206) 623-0291
suzanne-elliott@msn.com

Mark A. Larrañaga,
Walsh & Larrañaga
140 Lakeside Ave., Suite #338-A
Seattle, WA 98122
(206) 972-0151
Mark@jamlegal.com

Theresa M. Duncan
Duncan Earnest, LLC
222 East Marcy Street
Suite 1
Santa Fe, NM 87501
505-710-6586
teri@duncanearnest.com

Attorneys for Defendant John P. Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | No. 3:16-cr-0086-SLG |
| JOHN PEARL SMITH, II, | **UNOPPOSED MOTION TO RETURN DEFENDANT JOHN SMITH TO FDC SEATAC PENDING TRIAL** |
| Defendant. | |

Defendant John Pearl Smith, II, respectfully asks the Court to order the United States Marshal Service to return him to FDC SeaTac as soon as possible and to allow him to remain

at FDC SeaTac pending trial. The government has no opposition to this request. As grounds for the relief requested, Mr. Smith states as follows:

1. Since December 2018, Mr. Smith has been detained at FDC SeaTac in Seattle, Washington pending trial in this matter. ECF No. 279. He was moved to SeaTac to allow him to meet in confidence with his counsel, two of whom reside in Seattle. The move was in response to the revelation that the Anchorage Correctional Complex (ACC) was videotaping meetings between Mr. Smith and counsel. *Id*. Mr. Smith's presence in Seattle has enabled his counsel to meet with him far more regularly than would have been feasible had Mr. Smith remained at the ACC.[1]

2. Last month, the United States Marshal Service moved Mr. Smith from FDC SeaTac to ACC in anticipation of the then scheduled October 18, trial date. However, due to the current COVID-19 outbreak in Alaska, the trial date was vacated on September 29, 2021, and no new trial date has been set. ECF No. 1131. The Court has scheduled a telephonic status conference for November 18, 2021, to assess the conditions in Alaska and when a new trial date may be feasible. ECF No. 1132. Because the status conference will be telephonic, Mr. Smith will participate remotely and need not be in Anchorage at the time of the hearing.

3. As noted above, two of Mr. Smith's counsel reside in Seattle, Washington, as does the attorney-paralegal who will be assisting counsel at trial and who has also met regularly with Mr. Smith. Mr. Smith's third counsel lives in New Mexico, and it is significantly less expensive and time-consuming for her to travel to Seattle than Anchorage.

---

[1] Mr. Smith has done remarkably well while at FDC SeaTac. He obtained employment and has had no disciplinary issues.

UNOPPOSED DEFENSE MOTION TO RETURN DEFENDANT
JOHN SMITH TO FDC SEATAC PENDING TRIAL- 2
*U.S. v. SMITH*, NO. 3:16-CR-0086-SLG-DMS

Case 3:16-cr-00086-SLG   Document 1134   Filed 10/04/21   Page 2 of 5

4.      More importantly, because of the current COVID-19 outbreak, Mr. Smith's counsel cannot travel to Anchorage to meet with him. Effective September 23, 2021, the Alaska DOC suspended in person visits at ACC.[2] As of October 2, 2021, Alaska's infection rate per 100,000 people is almost five times the national average.[3] At this time, it is unclear when Alaska will recover from the current outbreak.[4]  Thus, it may not be safe for counsel to travel to Alaska to meet with Mr. Smith in the coming months, even assuming ACC resumes in person visits.

5.      It is critical that counsel be able to meet with Mr. Smith in person. The government recently disclosed discovery that counsel has not had an opportunity to review with Mr. Smith.  Under the terms of the protective order, counsel cannot mail copies of the discovery to Mr. Smith but must review it with him in person.  Furthermore, counsels' only contact with their client is by video-conference calls with limited private communications and no ability to review discovery.

6.      Returning Mr. Smith to FDC SeaTac will allow his counsel to meet with him in person to continue trial preparations. This is necessary for his counsel to provide him the effective representation to which he is constitutionally entitled, and it will enable counsel to

---

[2] https://doc.alaska.gov/institutions/anchorage.

[3] https://www.nytimes.com/interactive/2021/us/covid-cases.html.

[4] https://www.usnews.com/news/best-states/alaska/articles/2021-09-16/health-official-alaska-facing-sharp-surge-in-covid-19-cases.

https://www.adn.com/alaska-news/2021/10/03/covid-19-in-alaska-fact-checking-claims-about-case-trends-death-rates-masks-and-ivermectin/

UNOPPOSED DEFENSE MOTION TO RETURN DEFENDANT
JOHN SMITH TO FDC SEATAC PENDING TRIAL- 3
*U.S. v. SMITH*, NO. 3:16-CR-0086-SLG-DMS

Case 3:16-cr-00086-SLG   Document 1134   Filed 10/04/21   Page 3 of 5

use the time pending trial efficiently, so that they are prepared to try this case once conditions in Alaska improve.

7. According to counsel for the government, Karen Vandergaw, the government does not oppose Mr. Smith's request to be returned to FDC SeaTac.

## CONCLUSION

For the foregoing reasons, Defendant John Pearl Smith, II, respectfully asks the Court to order the United States Marshal Service to return him to FDC SeaTac as soon as possible and to allow him to remain at FDC SeaTac pending trial.

DATED this 4ʰ day of October 2021.

/s/Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
Phone (206) 623-0291
Fax (206) 623-2186
Email: Suzanne-elliott@msn.com

/s/ Mark A. Larrañaga
Mark A. Larrañaga,
Walsh & Larrañaga
140 Lakeside Ave., Suite #338-A
Seattle, WA 98122
Phone: 206-972-0151
Mark@jamlegal.com

/s/ Theresa Duncan
Duncan Earnest, LLC
222 East Marcy Street
Suite 1
Santa Fe, NM 87501
505-710-6586
teri@duncanearnest.com

Attorneys for Defendant John P. Smith

Certificate of Service

I certify that I electronically filed the foregoing, and any attachments, with the Clerk of court for the U.S. District Court for the District of Alaska by using the district's CM/ECF system on October 4, 2021. All participants are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ Theresa M. Duncan
Theresa M. Duncan

UNOPPOSED DEFENSE MOTION TO RETURN DEFENDANT JOHN SMITH TO FDC SEATAC PENDING TRIAL- 5
*U.S. v. SMITH*, NO. 3:16-CR-0086-SLG-DMS

Case 3:16-cr-00086-SLG   Document 1134   Filed 10/04/21   Page 5 of 5