Suzanne L. Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, WA 98104-1705
(206) 623-0291
suzanne-elliott@msn.com

Mark A. Larrañaga,
140 Lakeside Ave., Suite A - #338
Seattle, WA 98104
(206) 972-0151
Mark@jamlegal.com

Theresa M. Duncan
Duncan Earnest, LLC
222 East Marcy Street
Suite 1
Santa Fe, NM 87501
505-710-6586
teri@duncanearnest.com

Attorneys for Defendant John P. Smit

THE HONORABLE SHARON L. GLEASON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PEARL SMITH, II,<br><br>Defendant. | No. 3:16-cr-0086-SLG<br><br>**WAIVER OF PRESENCE FOR STATUS HEARING ON SEPTEMBER 29, 2021** |

I, John Pearl Smith, have been advised at that I have a Sixth Amendment right to the assistance of counsel. In addition, I have a Fourteenth Amendment right to be present at the Status Conference scheduled for September 29, 2021 in Anchorage.

I hereby waive my right to be present at September 29, 2021, hearing at which my attorneys participated telephonically.

*John Pearl Smith II* (signature)

John Pearl Smith, II      DATE

Certificate of Service:

I hereby certify that I electronically filed the foregoing, and any attachments, with the Clerk of court for the U.S. District Court for the District of Alaska by using the district's CM/ECF system on October ___, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ Mark A. Larrañaga
Mark A. Larrañaga