Law Office of Suzanne Lee Elliott
Suite 339
2400 N.W. 80th Street
Seattle, Washington 98117
Phone (206) 623-0291
Email: suzanne-elliott@msn.com

THE HONORABLE SHARON GLEASON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:16-cr-0086-SLG-DMS |
| Plaintiff, | |
| vs. | RENEWED MOTION TO DISMISS COUNTS 3, 4, 5 AND 6 |
| JOHN PEARL SMITH, II, | |
| Defendant. | |

## I. MOTION

John Pearl Smith, II, by and through counsel, hereby renews his motion to dismiss Counts 3, 4, 5 and 6 because attempted Hobbs Act robbery is not a crime of violence. Smith previously moved for dismissal on this basis on January 1, 2020. See Dkt. 623. This Court denied the motion without prejudice to renewal on February 7, 2020. See Dkt. 672.

## II. GROUNDS FOR RELIEF.

Counts 3, 4, 5 and 6 are all premised on the allegation that attempted Hobbs Act robbery is a crime of violence. On June 21, 2022, the Supreme Court determined that an attempted Hobbs Act robbery is *not* a crime of violence under 18 USC §924(c). *United States v. Taylor*, No. 201459, 2022 WL 2203334. As a result, Counts 3, 4,5 and 6 must be dismissed.

Signed this day of 22nd day of June 2022.

/s/Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
Suite 339
2400 N.W. 80th Street
Seattle, Washington 98117

RENEWED MOTION TO DM
COUNTS 3, 4,5 AND 6 - 1

LAW OFFICE OF SUZANNE LEE ELLIOTT
Seattle, Washington
(206) 623-0291

Case 3:16-cr-00086-SLG   Document 1156   Filed 06/23/22   Page 1 of 2

*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG-DMS

**CERTIFICATE OF SERVICE**

I, SUZANNE LEE ELLIOTT, hereby certify that on June 22, 2022, I filed foregoing document with the United States District Court's Electronic Case Filing (CM/ECF) system, which will serve one copy by email on Assistant United States Attorney KAREN VANDERGAW.

/s/ Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
Suite 339
2400 N.W. 80th Street
Seattle, Washington 98117
Phone: (206) 623-0291
Email: suzanne-elliott@msn.com

RENEWED MOTION TO DM
COUNTS 3, 4,5 AND 6 - 2

LAW OFFICE OF SUZANNE LEE ELLIOTT
Seattle, Washington
(206) 623-0291

Case 3:16-cr-00086-SLG   Document 1156   Filed 06/23/22   Page 2 of 2

*U.S. V. SMITH*, NO. 3:16-CR-0086-SLG-DMS