S. LANE TUCKER
United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JOHN PEARL SMITH II,<br><br>    Defendant. | No. 3:16-cr-00086-SLG |

**NOTICE OF UNAVAILABILITY**

  Assistant U.S. Attorney Christopher D. Schroeder hereby respectfully gives notice to the Court that he will be temporarily unavailable during parts of two days of trial in this case as the result of scheduling conflicts with a pair of oral argument before the Ninth Circuit Court of Appeals:

- *United States v. Alex Tejeda*, Case No. 21-30103, argument scheduled for Tuesday, August 9, at 9:00 a.m., and

- *United States v. Phosavan Khamnivong*, Case No. 21-30067, argument scheduled for Wednesday, August 10, at 9:00 a.m.

AUSA Schroeder anticipates being absent from trial for approximately 1-2 hours in the morning of each day for each argument. The government is not asking the Court to delay or continue the trial of this matter at all, and AUSAs Vandergaw and Klugman will continue the trial in AUSA Schroeder's absence.

RESPECTFULLY SUBMITTED this 24th day of June 2022, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

*s/ Christopher D. Schroeder*
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2022,
a true and correct copy of the foregoing
was served electronically via the CM/ECF
system on the following:

Mark A. Larrañaga
Suzanne Lee Elliott
Theresa M. Duncan

*s/ Christopher D. Schroeder*
Office of the U.S. Attorney

*U.S. v. John Pearl Smith II*
3:16-cr-00086-SLG          2 of 2
Case 3:16-cr-00086-SLG   Document 1157   Filed 06/24/22   Page 2 of 2