# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:16-cr-00086-SLG |
| JOHN PEARL SMITH, II, | |
| Defendant. | |

## VERDICT

**COUNT 1:**

We the Jury find the defendant, John Pearl Smith, II,

NOT GUILTY or **(GUILTY)**

(circle one)

of Count 1: Attempted Interference with Commerce by Robbery (June 5, 2016), in violation of Title 18, United States Code Section 1951(a), as charged in the Indictment.

**COUNT 2:**

We the Jury find the defendant, John Pearl Smith, II,

NOT GUILTY or **(GUILTY)**

(circle one)

of Count 2: Attempted Possession of Controlled Substances with Intent to Distribute (June 5, 2016), in violation of Title 21, United States Code Sections 846 and 841(b)(1)(C), as charged in the Indictment.

*If you found the defendant guilty of Count 2, return a verdict on Counts 7 and 8. If you found the defendant not guilty of Count 2, skip Counts 7 and 8 and proceed to Count 9.*

### COUNT 7:

We the Jury find the defendant, John Pearl Smith, II,

NOT GUILTY   or   (GUILTY)

(circle one)

of Count 7: Use of a Firearm to Commit Murder of Ben Gross in Relation to a Drug Trafficking Crime (June 5, 2016), in violation of Title 18, United States Code Section 924(c)(1), (j)(1), as charged in the Indictment.

### COUNT 8:

We the Jury find the defendant, John Pearl Smith, II,

NOT GUILTY   or   (GUILTY)

(circle one)

of Count 8: Use of a Firearm to Commit Murder of Crystal Denardi in Relation to a Drug Trafficking Crime (June 5, 2016), in violation of Title 18, United States Code Section 924(c)(1), (j)(1), as charged in the Indictment.

## COUNT 9:

We the Jury find the defendant, John Pearl Smith, II,

NOT GUILTY or (GUILTY)
(circle one)

of Count 9: Interference with Commerce by Robbery (May 11, 2016), in violation of Title 18, United States Code Section 1951(a), as charged in the Indictment.

## COUNT 10:

We the Jury find the defendant, John Pearl Smith, II,

NOT GUILTY or (GUILTY)
(circle one)

of Count 10: Attempted Possession of Controlled Substances with Intent to Distribute (May 11, 2016), in violation of Title 21, United States Code Sections 846 and 841(b)(1)(C), as charged in the Indictment.

*If you found the defendant guilty of Count 10, return a verdict on Count 12. If you found the defendant not guilty of Count 10, skip Count 12 and proceed to Count 13.*

### COUNT 12:

We the Jury find the defendant, John Pearl Smith, II,

NOT GUILTY  or  (GUILTY)

(circle one)

of Count 12: Use of a Firearm in Relation to a Drug Trafficking Crime (May 11, 2016), in violation of Title 18, United States Code Section 924(c)(A)(i), (C), as charged in the Indictment.

*If you find the defendant guilty of Count 12, you are then to determine whether the defendant used, carried, and/or brandished the firearm. Your decision as to the particular action must be unanimous and must be beyond a reasonable doubt.*

*If you find the defendant not guilty of Count 12, skip the following Special Jury Verdict and proceed to the next page.*

### COUNT 12: SPECIAL JURY VERDICT

We the Jury find the defendant, John Pearl Smith, II,

__X__ Used     __X__ Carried     __X__ Brandished

(check any that apply)

a firearm during and in relation to committing Count 12.

## COUNT 13:

We the Jury find the defendant, John Pearl Smith, II,

NOT GUILTY  or  (GUILTY)

(circle one)

of Count 13: Interference with Commerce by Robbery (September 2015), in violation of Title 18, United States Code Section 1951(a), as charged in the Indictment.

## COUNT 14:

We the Jury find the defendant, John Pearl Smith, II,

NOT GUILTY  or  (GUILTY)

(circle one)

of Count 14: Attempted Possession of Controlled Substances with Intent to Distribute (September 2015), in violation of Title 21, United States Code Sections 846 and 841(b)(1)(C), as charged in the Indictment.

*If you found the defendant guilty of Count 14, return a verdict on Count 16. If you found the defendant not guilty of Count 14, skip Count 16 and proceed to the following page.*

### COUNT 16:

We the Jury find the defendant, John Pearl Smith, II,

NOT GUILTY   or   (**GUILTY**)

(circle one)

of Count 16: Use of a Firearm in Relation to a Drug Trafficking Crime (September 2015), in violation of Title 18, United States Code Section 924(c)(1)(A), (C), as charged in the Indictment.

*If you find the defendant guilty of Count 16, you are then to determine whether the defendant used, carried, and/or brandished the firearm. Your decision as to the particular action must be unanimous and must be beyond a reasonable doubt.*

*If you find the defendant not guilty of Count 16, skip the following Special Jury Verdict and proceed to the next page.*

### COUNT 16: SPECIAL JURY VERDICT

We the Jury find the defendant, John Pearl Smith, II,

_X_ Used        _X_ Carried        _X_ Brandished

(check any that apply)

a firearm during and in relation to committing Count 16.

*Once you have finished your deliberations and completed this verdict form, please have your Jury Foreperson date and sign this page.*

DATED: 23 Aug 2022

_____
FOREPERSON