THE HONORABLE SHARON L. GLEASON

Suzanne L. Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, WA 98104-1705
(206) 623-0291
suzanne-elliott@msn.com

Mark A. Larrañaga,
140 Lakeside Ave., Suite A - #338
Seattle, WA 98104
(206) 972-0151
Mark@jamlegal.com

Theresa M. Duncan
Duncan Earnest, LLC
222 East Marcy Street
Suite 1
Santa Fe, NM 87501
505-710-6586
teri@duncanearnest.com

Attorneys for Defendant John P. Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PEARL SMITH, II,<br>Defendant. | No. CR16-0086-SLG-DMS<br><br>DEFENSE SENTENCING MEMORANDUM |

Defendant John Pearl Smith, through undersigned counsel, respectfully submits this Sentencing Memorandum and incorporates the arguments he made in his Sealed

Objections to Final Presentence Report (ECF 1314), which he filed on February 9, 2023. ECF 1317. Undersigned counsel titled that document as Objections rather than as a Sentencing Memorandum and apologizes for any confusion that may have caused.

Pursuant to L. Crim. R. 32.1(e), Mr. Smith states as follows:

1. He disagrees with the presentence report as set forth in ECF 1317, which was previously served on counsel for the government and the probation officer who drafted the PSR.

2. Given Mr. Smith's plan to appeal his convictions, the defense makes no recommendation to this court regarding sentencing. He is not requesting a departure or variance from the guidelines.

3. Authority relevant to the guideline issues Mr. Smith raised in ECF 1317 are cited in that document.

4. While Mr. Smith has a state court detainer for a parole violation, he has not been sentenced for that violation.

DATED this 13th day of February 2023.

/s/Suzanne Lee Elliott
Suzanne L. Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, WA 98104-1705
(206) 623-0291
suzanne-elliott@msn.com

*/s/ Mark A. Larrañaga*
Mark A. Larrañaga,
140 Lakeside Ave., Suite A - #338
Seattle, WA 98104
(206) 972-0151
Mark@jamlegal.com

*/s/ Theresa M. Duncan*
Theresa M. Duncan
Duncan Earnest, LLC
222 East Marcy Street
Suite 1
Santa Fe, NM 87501
505-710-6586
teri@duncanearnest.com

Attorneys for Defendant John P. Smith

Certificate of Service:

I hereby certify that I electronically filed the foregoing, and any attachments, with the Clerk of court for the U.S. District Court for the District of Alaska by using the district's CM/ECF system on February 13, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Theresa M. Duncan*
Theresa M. Duncan